```
                                                U.S. DISTRICT COURT
                                                DISTRICT OF VERMONT
            UNITED STATES DISTRICT COURT              FILED
                      FOR THE
                DISTRICT OF VERMONT              2015 APR 30 PM 4:49

                                                       CLERK
                                                 BY_____
                                                    DEPUTY CLERK
UNITED STATES OF AMERICA         )
                                 )    NO. 1:15-cr-58
            v.                   )
                                 )   ( 18 U.S.C. §§ 844(e), 876(c))
WILLIAM STANLEY                  )
```

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about August 22, 2013, in the District of Vermont and elsewhere, defendant WILLIAM STANLEY knowingly caused to be delivered by the Postal Service a communication addressed to another person and containing a threat to injure the person of another, specifically to kill a Deputy State's Attorney.

(18 U.S.C. § 876(c))

## COUNT 2

On or about August 22, 2013, in the District of Vermont and elsewhere, defendant WILLIAM STANLEY, through use of the mail, willfully made a threat concerning an attempt or alleged attempt being made, or to be made, to destroy a building by means of fire or an explosive, specifically the Bennington County Courthouse.

(18 U.S.C. § 844(e))

A TRUE BILL

FOREPERSON

_____
EUGENIA A.P. COWLES
Acting United States Attorney
Burlington, Vermont
April 30, 2014